UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

Kristie M. Beld                                         Civil Action No. 3:19-cv-226-RGJ

    PLAINTIFF

v.

P'Pool & Roy, PLLC

    DEFENDANT

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

\* \* \* \* \*

Come the Plaintiff, Kristie Beld, and Defendant, Defendant, P'Pool & Roy, PLLC ("P'Pool & Roy"), each by counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties having reached a resolution of all claims that were asserted or could have been asserted in this matter by Plaintiff, Kristie Beld, against P'Pool & Roy, and the Court being otherwise sufficiently advised;

It is hereby ORDERED and ADJUDGED as follows:

1. Any and all claims which have been asserted or could have been asserted by Plaintiff, Kristie Beld, against the Defendant, P'Pool & Roy, in this matter are hereby **DISMISSED WITH PREJUDICE** as settled;

2. Each party shall bear its own costs;

This is a final and appealable order, there being no just reason for further delay.

Dated this the _____ day of _____, 2020.

HAVE SEEN AND AGREED TO:

*/s/ James H. Lawson* (with permission)
James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Avenue, Suite 4
Louisville, Kentucky 40207
Phone: (502) 473-6525
Fax: (502) 473-6561
james@kyconsumerlaw.com

-and-

James R. McKenzie
James R. McKenzie Attorney, PLLC
115 S. Sherrin Avenue, Suite 4
Louisville, Kentucky 40207
Phone: (502) 371-2179
Fax: (502) 257-7309
jmckenzie@jmckenzielaw.com
COUNSEL FOR PLAINTIFF,
KRISTIE BELD

*/s/ Michelle L. Duncan*
Michelle L. Duncan
Boehl Stopher & Graves LLP
400 West Market Street, Suite 2300
Louisville, Kentucky 40202
Phone: (502) 589-5980
Fax: (502) 561-9400
mduncan@bsg-law.com
COUNSEL FOR DEFENDANT,
P'POOL & ROY, PLLC